UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 AUG 26 PM 1:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

MARCELO GONZALEZ-LOPEZ,

               Defendant.

CASE NO. 10CR2708-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/25/10

_____
LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____